**Ann Marie SWAIN, as Next Friend for Minors William D. Wheeldon and Danielle M. Wheeldon, and Laura L. Wheeldon, Appellants,**

v.

**SUPERIOR BOWEN ASPHALT COMPANY, Respondent.**

**No. WD 65248.**

Missouri Court of Appeals, Western District.

June 30, 2006.

Brian J. Amick, Kansas City, MO, for appellants.

Michael X. Edgett, Clinton, MO, for appellant Laura Wheeldon.

Paul D. Cowing, Lee's Summit, MO, for respondent.

Before ULRICH, P.J., BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM.

Ann Marie Swain, as next friend for minors William Wheeldon and Danielle Wheeldon, and Laura Wheeldon appeal from the trial court's grant of summary judgment in favor of Superior Bowen Asphalt Company on their claim for the wrongful death of Danny Wheeldon. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).